| INVENTORY AS OF JUNE 2022 | QTY | PRICE | TOTAL VALUE |
|---|---|---|---|
| KatieKay Matte Black Silverware 20 Piece-4 Place Settings-Durable Stainless Steel Cutlery-Utensils for Home-Restaurant-Wedding-Special Occasions Gift | 75 | 25 | $1,875.00 |
| KatieKay Matte Gold Silverware 20 Pieces-4 Place Settings-Dishwasher Safe-Ergonomic Lightweight-Durable-Rust Resistant-Stainless Steel Utensils for Home-Restaurant-Wedding-All Occasion | 72 | 25 | $1,800.00 |
| KatieKay Sympathy Wind Chimes 32"-Garden Decor for Outside-Patio Garden Décor-Memorial Windchimes for Loss of Loved One Prime-Thinking of You Gifts for Women-Sympathy Gift for Loss of | 3 | 30 | $90.00 |
| Memorial Wind Chimes by KatieKay 32" Bronze Garden Decor for Patio Garden Décor-Sympathy Windchimes for Loss of Loved One Prime-Thinking of You Gifts for Women-Sympathy Gift for Loss of | 168 | 30 | $5,040.00 |
| KatieKay Insulated Lunch Bag - Portable Food Warmer - Casserole and Cake Carrier - Use as Lunch Tote - Add This Casserole Carrier to Your Picnic Accessories | 72 | 25 | $1,800.00 |
| | | | $10,605.00 |