# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | Dwight Earl Johnson<br>Karen Kay Johnson | § Case No. 22-12472-CDP<br>§<br>§ |
| Debtor(s) | | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/08/2022. The undersigned trustee was appointed on 07/08/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          3,221.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 448.15 |
   | Bank service fees | 55.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 2,717.85 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/15/2022 and the deadline for filing governmental claims was 01/04/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $805.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $805.25, for a total compensation of $805.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $143.19, for total expenses of $143.19.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:   01/17/2024                                By:  /s/ Joli A. Lofstedt
                                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 1

**Case Number:** 22-12472 CDP  
**Case Name:** Dwight Earl Johnson  
Karen Kay Johnson  
**Period Ending:** 01/17/24

**Trustee:** Joli A. Lofstedt  
**Filed (f) or Converted (c):** 07/08/22 (f)  
**§341(a) Meeting Date:** 08/12/22  
**Claims Bar Date:** 11/15/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home Mineral Rights 5325 Cherrywood Lane Johnstown CO 80534 Larimer County county (see footnote) | 509,518.00 | 0.00 | OA | 0.00 | FA |
| 2 | Subaru Outback 2005 249000 miles (see footnote) | 1,754.00 | 0.00 | OA | 0.00 | FA |
| 3 | Dodge Caravab 2016 28000 miles (see footnote) | 19,682.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2 Sofas, Chairs, End Tables, Coffee Table, 2 Twin Beds, Queen Bed, 3 Dressers, Linens, TV Stand, Pots, Pans, Dishes, Utensils, Small Appliances, Dinette Set, Patio Furniture, Lawn Mower, Small Yard Tools, Small Hand Tools, Small Electric Tools, BBQ, Antique Vanity & Chair, Foot Board and Head Board | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | TV, Cell Phone, Computer, Laptop, Printer, Tablet, | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Noritaki China, Antique Dishes | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Exercise Bike, Bar Bells, Small Piano | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Men's and Women's Clothing, Shoes and Accessories | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Set, Watches, Necklaces, Earrings, Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Cat & 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Wells Fargo 5452 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Bank of Colorado 5305 - Dwight & Karen | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Navy Federal Credit Union 8933 - Karen | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Checking account: Wells Fargo 2838 Business | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: Bank of Colorado 5149 - Karen | 2,450.00 | 0.00 | | 0.00 | FA |
| 16 | Savings account: Navy Federal Credit Union 5760 | 5.00 | 0.00 | | 0.00 | FA |
| 17 | KatieKay Innovations LLC | Unknown | 0.00 | | 0.00 | FA |

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit A

Page: 2

| Case Number: | 22-12472 CDP | Trustee: | Joli A. Lofstedt |
|---|---|---|---|
| Case Name: | Dwight Earl Johnson | Filed (f) or Converted (c): | 07/08/22 (f) |
|  | Karen Kay Johnson | §341(a) Meeting Date: | 08/12/22 |
| Period Ending: | 01/17/24 | Claims Bar Date: | 11/15/22 |

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | KatieKay Innovations - Trademarked Name, KatieKay Innovations - Trademarked Logo | Unknown | 0.00 | | 0.00 | FA |
| 19 | Federal: 2021 Federal Tax Refund | 166.00 | 0.00 | | 0.00 | FA |
| 20 | State: 2021 State Tax Refund | 74.00 | 0.00 | | 0.00 | FA |
| 21 | Social Security Dwight - monthly amount, Social Security Karen - monthly amount | 2,475.00 | 0.00 | | 0.00 | FA |
| 22 | Auto Insurance - Nationwide | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Homeowners Insurance - Nationwide | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Health, Dental, Vision - Medicare Advantage | 0.00 | 0.00 | | 0.00 | FA |
| 25 | VA Disability Claim for Dwight | Unknown | 0.00 | | 0.00 | FA |
| 26 | Business Inventory (See Attached) (see footnote) | 10,605.00 | 1,721.00 | | 1,721.00 | FA |
| 27 | Mineral Rights | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2021 Colorado TABOR Tax Refund (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$552,529.00** | **$3,221.00** | | **$3,221.00** | **$0.00** |

Regarding Property #1   Asset deemed abandoned as of July 6, 2023 pursuant to Trustee's Notice of Intent to Abandon. [Docket No. 32]  
Regarding Property #2   Asset deemed abandoned as of July 6, 2023 pursuant to Trustee's Notice of Intent to Abandon. [Docket No. 32]  
Regarding Property #3   Asset deemed abandoned as of July 6, 2023 pursuant to Trustee's Notice of Intent to Abandon. [Docket No. 32]  
Regarding Property #26   Auctioneer's Report of Sale filed on 1/8/24. [Docket No. 34]

**Major activities affecting case closing:**

**Initial Projected Date of Final Report (TFR):** May 31, 2023     **Current Projected Date of Final Report (TFR):** December 31, 2023

|   January 17, 2024   | /s/ Joli A. Lofstedt |
|---|---|
| Date | Joli A. Lofstedt |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| Case Number: | 22-12472 CDP | Trustee: | Joli A. Lofstedt |
|---|---|---|---|
| Case Name: | Dwight Earl Johnson | Bank Name: | Flagstar Bank, N.A. |
| | Karen Kay Johnson | Account: | ******6559 - Checking |
| Taxpayer ID#: | **-***8649 | Blanket Bond: | $52,611,411.00 (per case limit) |
| Period Ending: | 01/17/24 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | 8 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/23 | Asset #28 | Dwight and Karen Johnson | Turnover of Tabor Refund | 1224-000 | 1,500.00 | | 1,500.00 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,495.00 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,490.00 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,485.00 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,480.00 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,475.00 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,470.00 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,465.00 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,460.00 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,455.00 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,450.00 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,445.00 |
| 01/12/24 | Asset #26 | Dickensheet & Associates Inc | Sale of Assets | 1129-000 | 1,721.00 | | 3,166.00 |
| 01/12/24 | 1001 | Dickensheet & Associates, Inc. | Auctioneer's Commission | 3610-000 | | 258.15 | 2,907.85 |

**Form 2**  
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 2

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 22-12472 CDP | **Trustee:** | Joli A. Lofstedt | |
| **Case Name:** | Dwight Earl Johnson | **Bank Name:** | Flagstar Bank, N.A. | |
| | Karen Kay Johnson | **Account:** | ******6559 - Checking | |
| **Taxpayer ID#:** | **-***8649 | **Blanket Bond:** | $52,611,411.00 (per case limit) | |
| **Period Ending:** | 01/17/24 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/12/24 | 1002 | Dickensheet & Associates, Inc. | Auctioneer Expenses | 3992-000 | | 190.00 | 2,717.85 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,221.00 | 503.15 | $2,717.85 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,221.00 | 503.15 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,221.00** | **$503.15** | |

|   | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6559** | 3,221.00 | 503.15 | 2,717.85 |
| | **$3,221.00** | **$503.15** | **$2,717.85** |

# Exhibit C
# Claims Register
### Case: 22-12472-CDP    Dwight Earl Johnson

Total Proposed Payment: $2,717.85      Claims Bar Date: 11/15/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Joli A. Lofstedt<br>P.O. Box 270561<br>Louisville, CO 80027<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>01/19/23 | | $805.25<br>$805.25 | $0.00<br>$805.25 | $805.25 |
| | Joli A. Lofstedt<br>P.O. Box 270561<br>Louisville, CO 80027<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>04/25/23 | | $143.19<br>$143.19 | $0.00<br>$143.19 | $143.19 |
| | Dickensheet & Associates, Inc.<br>1501 W. Wesley Avenue<br>Denver, CO 80223<br>3610-00   Auctioneer for Trustee Fees (including buyers premiums), 200 | Admin Ch. 7<br>01/08/24 | Auctioneer's Report of Sale filed on 1/8/24. [Docket No. 34] | $258.15<br>$258.15 | $258.15<br>$0.00 | $0.00 |
| | Dickensheet & Associates, Inc.<br>1501 W. Wesley Avenue<br>Denver, CO 80223<br>3992-00   Other Professional Expenses, 200 | Admin Ch. 7<br>01/08/24 | Auctioneer's Report of Sale filed on 1/8/24. [Docket No. 34] | $190.00<br>$190.00 | $190.00<br>$0.00 | $0.00 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/17/22 | | $574.01<br>$574.01 | $0.00<br>$10.35 | $574.01 |
| 2 | Wells Fargo Bank, N.A.<br>PO Box 51174<br>Los Angeles, CA 90051<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/22 | | $4,799.21<br>$4,799.21 | $0.00<br>$86.54 | $4,799.21 |
| 3 | Wells Fargo N.A. Personal Lending<br>P.O. Box 564300<br>Charlotte, NC 28256-9914<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/22 | | $8,282.00<br>$8,282.00 | $0.00<br>$149.34 | $8,282.00 |
| 4 | Wells Fargo N.A. Personal Lending<br>P.O. Box 564300<br>Charlotte, NC 28256-9914<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/22 | | $4,998.01<br>$4,998.01 | $0.00<br>$90.12 | $4,998.01 |
| 5 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/22 | | $1,416.47<br>$1,416.47 | $0.00<br>$25.54 | $1,416.47 |
| 6 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/08/22 | | $4,620.91<br>$4,620.91 | $0.00<br>$83.32 | $4,620.91 |

# Exhibit C
# Claims Register
### Case: 22-12472-CDP    Dwight Earl Johnson

Total Proposed Payment: $2,717.85                                                                                                                        Claims Bar Date: 11/15/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/09/22 | | $9,334.15<br>$9,334.15 | $0.00<br>$168.31 | $9,334.15 |
| 8 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/12/22 | | $2,692.96<br>$2,692.96 | $0.00<br>$48.56 | $2,692.96 |
| 9 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/27/22 | | $25.48<br>$25.48 | $0.00<br>$0.46 | $25.48 |
| 10 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/27/22 | | $1,011.36<br>$1,011.36 | $0.00<br>$18.24 | $1,011.36 |
| 11 | U.S. Small Business Administration<br>SBA, Denver Finance Center<br>721 19th Street, 3rd Floor<br>Denver, CO 80202<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/19/22 | | $19,633.56<br>$19,633.56 | $0.00<br>$354.03 | $19,633.56 |
| 12 | Wells Fargo Card Services<br>Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/28/22 | | $13,460.30<br>$13,460.30 | $0.00<br>$242.71 | $13,460.30 |
| 13 | U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, KY 42301<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/31/22 | | $9,380.46<br>$9,380.46 | $0.00<br>$169.15 | $9,380.46 |
| 14 | Wells Fargo Card Services<br>Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/02/22 | | $2,649.76<br>$2,649.76 | $0.00<br>$47.78 | $2,649.76 |
| 15 | U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, KY 42301<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/15/22 | | $15,248.50<br>$15,248.50 | $0.00<br>$274.96 | $15,248.50 |
| | | | Case Total: | $99,523.73 | $448.15 | $99,075.58 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-12472-CDP
Case Name: Dwight Earl Johnson
Trustee Name: Joli A. Lofstedt

**Balance on hand:**  $ 2,717.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 2,717.85

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Joli A. Lofstedt | 805.25 | 0.00 | 805.25 |
| Trustee, Expenses - Joli A. Lofstedt | 143.19 | 0.00 | 143.19 |
| Auctioneer, Fees - Dickensheet & Associates, Inc. | 258.15 | 258.15 | 0.00 |
| Other, Expenses - Dickensheet & Associates, Inc. | 190.00 | 190.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 948.44
Remaining balance:  $ 1,769.41

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | **NONE** | | |

Total to be paid for prior chapter administration expenses:  $ 0.00
Remaining balance:  $ 1,769.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,769.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $98,127.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.803 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 574.01 | 0.00 | 10.35 |
| 2 | Wells Fargo Bank, N.A. | 4,799.21 | 0.00 | 86.54 |
| 3 | Wells Fargo N.A. Personal Lending | 8,282.00 | 0.00 | 149.34 |
| 4 | Wells Fargo N.A. Personal Lending | 4,998.01 | 0.00 | 90.12 |
| 5 | Capital One Bank (USA), N.A. | 1,416.47 | 0.00 | 25.54 |
| 6 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. | 4,620.91 | 0.00 | 83.32 |
| 7 | Citibank, N.A. | 9,334.15 | 0.00 | 168.31 |
| 8 | Citibank, N.A. | 2,692.96 | 0.00 | 48.56 |
| 9 | American Express National Bank | 25.48 | 0.00 | 0.46 |
| 10 | American Express National Bank | 1,011.36 | 0.00 | 18.24 |
| 11 | U.S. Small Business Administration | 19,633.56 | 0.00 | 354.03 |
| 12 | Wells Fargo Card Services | 13,460.30 | 0.00 | 242.71 |
| 13 | U.S. Bank National Association | 9,380.46 | 0.00 | 169.15 |
| 14 | Wells Fargo Card Services | 2,649.76 | 0.00 | 47.78 |
| 15 | U.S. Bank National Association | 15,248.50 | 0.00 | 274.96 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,769.41 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-TFR (05/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**